UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC.,<br><br>　　　　　　　Defendants. | Case No.: 11-CV-00640-LHK<br><br>ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

On February 15, 2011, Plaintiff filed a motion for preliminary injunction in the instant action. Plaintiff seeks to enjoin a shareholder vote that is currently scheduled for March 7, 2011, and also seeks an order permitting expedited discovery. In order to permit a timely hearing and ruling on the preliminary injunction motion, the Court hereby sets the following briefing and hearing schedule:

1) Defendant shall file an opposition to Plaintiff's motion for preliminary injunction and expedited discovery no later than Tuesday, February 22, 2011.

2) Plaintiff shall file a reply no later than Thursday, February 24, 2011.

1

Case No.: 11-CV-00640-LHK
ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

3) The Court will hold a hearing on the motion for preliminary injunction on Tuesday, March 1, 2011, at 2 p.m., in Courtroom 4, 5th Floor, of the San Jose Courthouse.

As Defendants have not yet entered an appearance, Plaintiff is ordered to serve this Order on Defendants immediately and to file proof of service with the Court by Thursday, February 17, 2011.

**IT IS SO ORDERED.**

Dated: February 16, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-00640-LHK
ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION