UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>   v.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC.,<br><br>        Defendants. | Case No.: 11-CV-00640-LHK<br><br>ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

On February 15, 2011, Plaintiff filed a motion for preliminary injunction to enjoin a shareholder vote that is currently scheduled for March 7, 2011. On February 16, 2011, the Court issued an order setting a briefing schedule and setting a hearing on Plaintiff's motion for March 1, 2011. In apparent violation of Civil Local Rule 3-13, Plaintiff failed to inform the Court that the instant action involves subject matter substantially similar to that at issue in twelve other cases pending in the Delaware Court of Chancery and the Santa Clara County Superior Court. In a letter brief filed on February 17, 2011, Defendants notified the Court that Vice Chancellor Nobel had previously set a preliminary injunction hearing for March 1, 2011, in the five cases pending in the Delaware Court of Chancery. Defendants therefore request that this Court continue the preliminary

1

injunction hearing to Friday, March 4, 2011.  In opposing Defendants' request, Plaintiff argues that its motion has merit, but has not explained why a three-day continuance would be prejudicial. Accordingly, the Court will grant Defendants' request for a brief continuance.  In order to give the Court time to issue a ruling before the shareholder vote, however, the Court will reset the preliminary injunction hearing for **Thursday, March 3, 2011, at 1:30 p.m.**  If the Court determines that the motion can be resolved without oral argument, the Court will vacate the hearing in advance of the hearing date.

Defendants also seek the Court's guidance as to the preferred procedure for requesting a stay of this action.  Defendants request permission to brief this issue in their opposition briefs, rather than filing a separate motion.  In its letter brief to the Court, Plaintiff did not object to this request.  Accordingly, the Court will permit Defendants to request a stay and brief the issue in the opposition briefs due on February 22, 2011.

Finally, the Court advises counsel that the Local Rules of this Court require miscellaneous matters and requests to be brought to the Court's attention through a Motion for Administrative Relief, not to exceed five pages.  Civ. L. R. 7-11.  The Court requests that all future filings in this case comply with the Local Rules.  The Court will disregard any further letter briefs.

**IT IS SO ORDERED.**

Dated: February 18, 2011

_____
LUCY H. KOH
United States District Judge