**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

**FARUQI & FARUQI, LLP**
VAHN ALEXANDER (167373)
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
valexander@faruqilaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC.,<br><br>Defendants. | Case Number 5:11-cv-00640-LHK<br><br>**PLAINTIFF JOEL KRIEGER'S NOTICE OF REQUEST FOR COUNSEL TO PARTICIPATE TELEPHONICALLY FOR HEARING ON MOTION FOR A PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**<br><br>Judge: Hon. Lucy H. Koh<br><br>Hearing Date: March 3, 2011<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 4, 5th Floor<br><br>Date Action Filed: February 10, 2011 |

- 2 -

1. **TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2.     Counsel for plaintiff Joel Krieger ("Plaintiff") hereby respectfully requests leave from the Court to participate by telephone for the hearing on Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (the "Motion"), which is currently scheduled for March 3, 2011, at 1:30 p.m., before the Honorable Lucy H. Koh, Courtroom 4, 5th Floor.

Dated: March 1, 2011

**FARUQI & FARUQI, LLP**

By:     /s/Vahn Alexander
    VAHN ALEXANDER

1901 Avenue of the Stars, Second Floor
Los Angeles, CA  90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
valexander@faruqilaw.com

**FARUQI & FARUQI, LLP**
JUAN E. MONTEVERDE (*pro hac vice* to be filed)
369 Lexington Ave., Tenth Floor
New York, NY  10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
jmonterverde@faruqilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

                              */s/Vahn Alexander*
                              Vahn Alexander