```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    DAVID M. FURBUSH # 83447
 2  2475 Hanover Street
    Palo Alto, CA 94304-1114
 3  Telephone: (650) 233-4500
    Facsimile: (650) 233-4545
 4  david.furbush@pillsburylaw.com

 5  PILLSBURY WINTHROP SHAW PITTMAN LLP
    RANAH L. ESMAILI # 233477
 6  1540 Broadway
    New York, NY 10036-4039
 7  Telephone: (212) 858-1000
    Facsimile: (212) 858-1500
 8
    PILLSBURY WINTHROP SHAW PITTMAN LLP
 9  AMY L. PIERCE  (SBN 210539)
    amy.pierce@pillsburylaw.com
10  2600 Capitol Avenue, Suite 300
    Sacramento, CA  95816-5930
11  Telephone:  (916) 329-4700
    Facsimile:  (916) 441-3583
12
    Attorneys for Defendants Atheros Communications,
13  Inc., Dr. Willy C. Shih, Dr. Teresa H. Meng,
    Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi,
14  Charles E. Harris, Marshall L. Mohr, and Christine King
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, AND T MERGER SUB, INC.<br><br>　　　　　　　　　　Defendants. | No. 5:11-CV-00640-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Lucy H. Koh<br>Date Action Filed:  February 10, 2011 |

702860329v1

1   Plaintiff Joel Krieger ("Plaintiff"), by and through his undersigned counsel, and
2   defendants Atheros Communications, Inc., Dr. Willy C. Shih, Dr. Teresa H. Meng, Dr.
3   Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L.
4   Mohr, Christine King, Qualcomm Incorporated and T Merger Sub, Inc., by and through
5   their undersigned counsel (collectively, the "Defendants"), hereby stipulate and agree as
6   follows:

7   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject
8   to the approval of the Court, that the Defendants' time to answer or otherwise respond to
9   the complaint in this action is extended to April 11, 2011.

10  Dated: March 10, 2011

    FARUQI & FARUQI, LLP
    1901 Avenue of the Stars, Second Floor
11  Los Angeles, CA 90067

12  By _____
13  Juan Monteverde  Valin Alexander
    Attorneys for Plaintiff Stanley Joel Krieger
14

15  Dated: March 10, 2011

    PILLSBURY WINTHROP SHAW PITTMAN LLP
    2475 Hanover Street
16  Palo Alto, CA 94304-1114

17
    By _____
18  David M. Furbush
    Attorneys for Defendants Atheros
19  Communications, Inc., Craig H. Barratt,
    Willy C. Shih, Andrew S. Rappaport,
20  Daniel A. Artusi, Charles E. Harris,
    Marshall L. Mohr, Christine King, and
21  Teresa H. Meng

22

23  Dated: March 10, 2011

    DLA PIPER LLP
    2000 University Avenue
24  East Palo Alto, CA 94303

25
    By _____
26  David Priebe
    Attorneys for Defendants Qualcomm Incorporated
27  and T Merger Sub, Inc.

28  702860329v1                    1

STIP AND [PROPOSED] ORDER REGARDING
DEFENDANTS' TIME TO RESPOND TO COMPLAINT
Case No. 11-CV-00640 LHK

1   The above stipulation having been considered, and good cause appearing therefore,
2   the Defendants' time to answer or otherwise respond to the complaint in this action is
3   extended to April 11, 2011.
4
5   IT IS SO ORDERED.
6   Dated: March 11, 2011                    _____
7                                            THE HONORABLE LUCY H. KOH

28   702860329v1                    2
                                                         STIP. AND [PROPOSED] ORDER REGARDING
                                                         DEFENDANTS' TIME TO RESPOND TO COMPLAINT
                                                         Case No. 11-CV-00640 LHK