1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID M. FURBUSH # 83447
2  2475 Hanover Street
   Palo Alto, CA 94304-1114
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4  david.furbush@pillsburylaw.com

5  RANAH L. ESMAILI # 233477
   1540 Broadway
6  New York, NY 10036-4039
   Telephone: (212) 858-1000
7  Facsimile: (212) 858-1500
   ranah.esmaili@pillsburylaw.com
8
   Attorneys for Defendants Atheros
9  Communications, Inc., Willy C. Shih,
   Teresa H. Meng, Craig H. Barratt,
10 Andrew S. Rappaport, Dan A. Artusi,
   Charles E. Harris, Marshall L. Mohr,
11 And Christine King

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16  _____
                                             )
17  JOEL KRIEGER, Individually and on Behalf )  No. 5:11-CV-00640-LHK(HRL)
    of All Others Similarly Situated,        )
18                                           )
                         Plaintiff,          )
19                                           )  DECLARATION OF RANAH L.
            vs.                              )  ESMAILI IN SUPPORT OF THE
20                                           )  ATHEROS DEFENDANTS'
    ATHEROS COMMUNICATIONS, INC.,            )  MOTION TO DISMISS
21  DR. WILLY C. SHIH, DR. TERESA H.         )
    MENG, DR. CRAIG H. BARRATT,              )
22  ANDREW S. RAPPAPORT, DAN A.              )
    ARTUSI, CHARLES E. HARRIS,               )  Judge:  Hon. Lucy H. Koh
23  MARSHALL L. MOHR, CHRISTINE              )
    KING, QUALCOMM INCORPORATED,             )  Hearing Date: July 21, 2011
24  AND T MERGER SUB, INC.                   )  Hearing Time: 1:30 p.m.
                                             )  Location: Courtroom 4, 5th Floor
25                       Defendants.         )  Date Action Filed: February 10, 2011
                                             )
26                                           )
                                             )
27  _____)

28

---

DECLARATION OF RANAH L. ESMAILI IN SUPPORT OF
THE ATHEROS DEFENDANTS' MOTION TO DISMISS

I, Ranah L. Esmaili, declare as follows:

1. I am an attorney admitted to practice before this Court and am an attorney at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for defendants Atheros Communications, Inc. ("Atheros"), Willy C. Shih, Teresa H. Meng, Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L. Mohr and Christine King (the "Atheros Defendants") in this action. I submit this declaration in support of the Atheros Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of Atheros's Preliminary Proxy Statement, dated February 1, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of Atheros's Definitive Proxy Statement, dated February 11, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of Atheros's Definitive Additional Materials, dated March 7, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of the March 4, 2011 Order and Memorandum Opinion of the Delaware Court of Chancery in the action entitled *In re Atheros Comm., Inc. S'holder Litig.*, C.A. No. 6124-VCN.

6. Attached hereto as Exhibit 5 is a true and correct copy of the March 14, 2011 Order of the Delaware Court of Chancery in the action entitled *In re Atheros Comm., Inc. S'holder Litig.*, C.A. No. 6124-VCN.

7. Attached hereto as Exhibit 6 is Atheros's 8-K, dated March 18, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2011 at New York, NY.

*[signature]*
Ranah L. Esmaili