1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID M. FURBUSH  # 83447
2  2475 Hanover Street
   Palo Alto, CA 94304-1114
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4  david.furbush@pillsburylaw.com

5  RANAH L. ESMAILI  # 233477
   1540 Broadway
6  New York, NY 10036-4039
   Telephone: (212) 858-1000
7  Facsimile: (212) 858-1500
   ranah.esmaili@pillsburylaw.com
8
   Attorneys for Defendants Atheros
9  Communications, Inc., Willy C. Shih,
   Teresa H. Meng, Craig H. Barratt,
10 Andrew S. Rappaport, Dan A. Artusi,
   Charles E. Harris, Marshall L. Mohr,
11 And Christine King

12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                         **SAN JOSE DIVISION**

16

17 JOEL KRIEGER, Individually and on Behalf ) No. 5:11-CV-00640-LHK(HRL)
   of All Others Similarly Situated,        )
18                                          )
                       Plaintiff,           )
19                                          ) **REQUEST FOR JUDICIAL NOTICE**
          vs.                               ) **IN SUPPORT OF THE ATHEROS**
20                                          ) **DEFENDANTS' MOTION TO**
   ATHEROS COMMUNICATIONS, INC.,            ) **DISMISS**
21 DR. WILLY C. SHIH, DR. TERESA H.         )
   MENG, DR. CRAIG H. BARRATT,              )
22 ANDREW S. RAPPAPORT, DAN A.              )
   ARTUSI, CHARLES E. HARRIS,               ) Judge:  Hon. Lucy H. Koh
23 MARSHALL L. MOHR, CHRISTINE              )
   KING, QUALCOMM INCORPORATED,             ) Hearing Date: July 21, 2011
24 AND T MERGER SUB, INC.                   ) Hearing Time: 1:30 p.m.
                                            ) Location: Courtroom 4, 5th Floor
25                     Defendants.          ) Date Action Filed: February 10, 2011
                                            )
26                                          )
                                            )
27                                          )

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that the undersigned defendants hereby request, pursuant
3  to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the
4  following documents which are attached as exhibits to the Declaration of Ranah L. Esmaili
5  in Support of the Atheros Defendants' Motion to Dismiss, filed herewith ("Esmaili
6  Declaration"):

7       1.    Preliminary Proxy Statement filed by Atheros Communications, Inc. and
8  dated February 1, 2011, which is attached as Exhibit 1 to the Esmaili Declaration.

9       2.    Definitive Proxy Statement filed by Atheros Communications, Inc. and
10  dated February 11, 2011, which is attached as Exhibit 2 to the Esmaili Declaration.

11       3.    Definitive Additional Materials filed by Atheros Communications, Inc. and
12  dated March 7, 2011, which is attached as Exhibit 3 to the Esmaili Declaration.

13       4.    The Order and Memorandum Opinion of the Delaware Court of Chancery,
14  dated March 4, 2011, in the action entitled *In re Atheros Comm., Inc. S'holder Litig.*, C.A.
15  No. 6124-VCN, which is attached as Exhibit 4 to the Esmaili Declaration.

16       5.    The Order of the Delaware Court of Chancery, dated March 14, 2011, in the
17  action entitled *In re Atheros Comm., Inc. S'holder Litig.*, C.A. No. 6124-VCN, which is
18  attached as Exhibit 5 to the Esmaili Declaration.

19       6.    The 8-K filed by Atheros Communications, Inc. and dated March 18, 2011,
20  which is attached as Exhibit 6 to the Esmaili Declaration.

21       7.    The Court properly may take judicial notice of these Securities and
22  Exchange Commission filings and orders from other jurisdictions. *See* Fed. R. Evid. 201;
23  *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006); *United States ex rel.*
24  *Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).
25
26  //
27  //
28

| | | |
|---|---|---|
| 1 | Dated: April 11, 2011 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 3 | | |
| 4 | | By   */s/ David M. Furbush*<br>        David M. Furbush |
| 5 | | Attorneys for Defendants Atheros |
| 6 | | Communications, Inc., Willy C. Shih, Teresa H. Meng, Craig H. Barratt, |
| 7 | | Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L. Mohr, And Christine King |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE
ATHEROS DEFENDANTS' MOTION TO DISMISS