1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID M. FURBUSH # 83447
2  2475 Hanover Street
   Palo Alto, CA 94304-1114
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4  david.furbush@pillsburylaw.com

5  RANAH L. ESMAILI # 233477
   1540 Broadway
6  New York, NY 10036-4039
   Telephone: (212) 858-1000
7  Facsimile: (212) 858-1500
   ranah.esmaili@pillsburylaw.com
8
   Attorneys for Defendants Atheros
9  Communications, Inc., Willy C. Shih,
   Teresa H. Meng, Craig H. Barratt,
10 Andrew S. Rappaport, Dan A. Artusi,
   Charles E. Harris, Marshall L. Mohr,
11 And Christine King

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                              **SAN JOSE DIVISION**

16  ─────────────────────────────
                                    )
17  JOEL KRIEGER, Individually and on Behalf  )   No. 5:11-CV-00640-LHK(HRL)
    of All Others Similarly Situated,         )
18                                            )
                       Plaintiff,             )
19                                            )   **[PROPOSED] ORDER GRANTING**
           vs.                                )   **THE ATHEROS DEFENDANTS'**
20                                            )   **MOTION TO DISMISS**
    ATHEROS COMMUNICATIONS, INC.,             )
21  DR. WILLY C. SHIH, DR. TERESA H.          )
    MENG, DR. CRAIG H. BARRATT,               )
22  ANDREW S. RAPPAPORT, DAN A.               )   Judge: Hon. Lucy H. Koh
    ARTUSI, CHARLES E. HARRIS,                )
23  MARSHALL L. MOHR, CHRISTINE               )   Hearing Date: July 21, 2011
    KING, QUALCOMM INCORPORATED,              )   Hearing Time: 1:30 p.m.
24  AND T MERGER SUB, INC.                    )   Location: Courtroom 4, 5th Floor
                                              )   Date Action Filed: February 10, 2011
25                     Defendants.            )
                                              )
26                                            )
                                              )
27  ─────────────────────────────

28

---
[PROPOSED] ORDER GRANTING THE ATHEROS DEFENDANTS' MOTION TO DISMISS

1    The Court having considered all papers filed in support of and in opposition to the
2  Atheros Defendants' Motion to Dismiss, and good cause appearing, IT IS HEREBY
3  ORDERED that the Motion is GRANTED as set forth below:
4    The First Cause of Action for violations of Section 14(a) and 14(e) of the Exchange
5  Act against Atheros and the Individual Defendants is hereby dismissed with prejudice;
6    The Second Cause of Action for violations of Section 20(a) of the Exchange Act
7  against the Individual Defendants is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2011

_____
Hon. Lucy H. Koh
U.S. District Court Judge