1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    DAVID M. FURBUSH  # 83447
2   2475 Hanover Street
    Palo Alto, CA 94304-1114
3   Telephone: (650) 233-4500
    Facsimile: (650) 233-4545
4   david.furbush@pillsburylaw.com

5   RANAH L. ESMAILI  # 233477
    1540 Broadway
6   New York, NY 10036-4039
    Telephone: (212) 858-1000
7   Facsimile: (212) 858-1500

8   Attorneys for Defendants Atheros Communications,
    Inc., Willy C. Shih, Teresa H. Meng,
9   Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi,
    Charles E. Harris, Marshall L. Mohr, and Christine King

10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13                  **SAN JOSE DIVISION**

14  _____

15  JOEL KRIEGER, Individually and on Behalf )   No. 5:11-CV-00640-LHK
    of All Others Similarly Situated,        )
16                                           )
                              Plaintiff,     )
17         vs.                               )   STIPULATION AND [~~PROPOSED~~]
                                             )   ORDER REGARDING STAY OF
18  ATHEROS COMMUNICATIONS, INC.,            )   DISCOVERY, CASE MANAGEMENT
    DR. WILLY C. SHIH, DR. TERESA H.         )   AND ADR DEADLINES
19  MENG, DR. CRAIG H. BARRATT,              )
    ANDREW S. RAPPAPORT, DAN A.              )
20  ARTUSI, CHARLES E. HARRIS,               )
    MARSHALL L. MOHR, CHRISTINE              )   Judge:  Hon. Lucy H. Koh
21  KING, QUALCOMM INCORPORATED,             )   Date Action Filed:  February 10, 2011
    AND T MERGER SUB, INC.,                  )
22                                           )
                              Defendants.    )
23  _____ )

24

25

26

27

28

---

                                1

1        Plaintiff Joel Krieger ("Plaintiff"), by and through his undersigned counsel, and

2  defendants Atheros Communications, Inc., Dr. Willy C. Shih, Dr. Teresa H. Meng, Dr.

3  Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L.

4  Mohr, Christine King (the "Atheros Defendants"), Qualcomm Incorporated and T Merger

5  Sub, Inc., by and through their undersigned counsel (collectively, with the Atheros

6  Defendants, the "Defendants"), hereby stipulate and agree as follows:

7        WHEREAS, on February 10, 2011, Plaintiff filed a complaint alleging violations of

8  the federal securities laws and state breach of fiduciary duty laws;

9        WHEREAS, on March 4, 2011, the Court entered an order staying Plaintiff's state

10  law claims for breach of fiduciary duty;

11        WHEREAS, on April 11, 2011, the Atheros Defendants moved to dismiss Plaintiff's

12  federal securities law claims;

13        WHEREAS, Plaintiff intends to amend the federal claims alleged in his complaint;

14        WHEREAS, pursuant to the Order Setting Initial Case Management Conference and

15  ADR Deadlines filed on February 10, 2011 ("Case Management Order"), the parties are

16  required to: (a) meet and confer pursuant to Fed. R. Civ. P. 26(f) and ADR L.R. 3-5, file

17  ADR Certification signed by Parties and Counsel, and file either Stipulation to ADR

18  Process or Notice of Need for ADR Phone Conference by April 20, 2011; (b) file Rule

19  26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file

20  Case Management Statement by May 4, 2011; and (c) participate in an initial case

21  management conference on May 11, 2011 (collectively, the "Case Management

22  Deadlines");

23        WHEREAS, the Private Securities Litigation Reform Act of 1995 provides that,

24  upon the filing of the motion to dismiss in a private securities fraud class action, "all

25  discovery and other proceedings shall be stayed during the pendency" of such motion;

26

27

28

1    WHEREAS, in light of the Atheros Defendants' pending motion to dismiss and

2    Plaintiff's intention to amend their federal securities law claims in the complaint, the parties

3    wish to continue the Case Management Deadlines until after such time as an amended

4    complaint is filed, and the current or any subsequent motion to dismiss has been decided by

5    this Court.

6    NOW THEREFORE, the parties stipulate and agree, and the Court hereby orders, as

7    follows:

8    1.    The Initial Case Management Conference currently set for May 11, 2011 and

9    other Case Management Deadlines shall be taken off calendar;

10    2.    The parties shall submit a stipulation with a proposed date and time for the

11    Initial Case Management Conference and other Case Management Deadlines within

12    fourteen (14) days after such time as the current or any subsequent motion to dismiss has

13    been decided by this Court.

14

15    Dated:  April 19, 2011          FARUQI & FARUQI, LLP
                                      VAHN ALEXANDER
16                                    1901 Avenue of the Stars, Second Floor
                                      Los Angeles, CA 90067
17

18                                    By  _/s/ Vahn Alexander_____
                                          Attorneys for Plaintiff Stanley Joel Krieger
19

20    Dated:  April 19, 2011          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                      DAVID M. FURBUSH
21                                    2475 Hanover Street
                                      Palo Alto, CA 94304-1114
22

23                                    By  _/s/ David M. Furbush_____
                                          Attorneys for Defendants Atheros
24                                        Communications, Inc., Craig H. Barratt,
                                          Willy C. Shih, Andrew S.Rappaport,
25                                        Daniel A. Artusi, Charles E. Harris,
                                          Marshall L. Mohr, Christine King, and
26                                        Teresa H. Meng

27

28

3

1  Dated:  April 19, 2011                    DLA PIPER LLP
                                            DAVID PRIEBE
2                                           2000 University Avenue
                                            East Palo Alto, CA  94303
3

4                                           By  /s/ David Priebe
                                            Attorneys for Defendants Qualcomm Incorporated
5                                           and T Merger Sub, Inc.

6

7                    **ATTESTATION PURSUANT TO GENERAL ORDER 45**

8          I, David M. Furbush, attest that concurrence in the filing of this document has been

9  obtained from the other signatories.  I declare under penalty of perjury that the foregoing is

10  true and correct.

11
                                            By  /s/ David M. Furbush
12                                              David M. Furbush

13

14                                    *       *       *

15                                        **ORDER**

16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19  Dated: ___April 22, 2011___              _____
                                            THE HONORABLE LUCY H. KOH
20

21

22

23

24

25

26

27

28

                                          4