UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC.,<br><br>Defendants. | Case No.: 11-CV-00640-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS |

Defendants' motion to dismiss is set for hearing on July 21, 2011. In order to facilitate expeditious resolution of the motion, the Court hereby sets the following briefing schedule:

(1) Plaintiff's opposition shall be due no later than June 9, 2011;

(2) Defendant's reply shall be due no later than June 23, 2011.

If the motion can be resolved without oral argument, the Court will notify the parties and vacate the motion hearing.

**IT IS SO ORDERED.**

Dated: May 5, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00640-LHK
ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS