1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID M. FURBUSH  # 83447
2  2475 Hanover Street
   Palo Alto, CA 94304-1114
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4  david.furbush@pillsburylaw.com

5  RANAH L. ESMAILI  # 233477
   1540 Broadway
6  New York, NY 10036-4039
   Telephone: (212) 858-1000
7  Facsimile: (212) 858-1500

8  AMY L. PIERCE  # 210539
   amy.pierce@pillsburylaw.com
9  2600 Capitol Avenue, Suite 300
   Sacramento, CA  95816-5930
10 Telephone:  (916) 329-4700
   Facsimile: (916) 441-3583
11
   Attorneys for Defendants Atheros Communications,
12 Inc., Dr. Willy C. Shih, Dr. Teresa H. Meng,
   Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi,
13 Charles E. Harris, Marshall L. Mohr, and Christine King

14
UNITED STATES DISTRICT COURT
15
NORTHERN DISTRICT OF CALIFORNIA
16
SAN JOSE DIVISION
17

18  JOEL KRIEGER, Individually and on Behalf ) Case No. 11-CV-00640 LHK
    of All Others Similarly Situated,
19                                            ) **Class Action**
20                    Plaintiff,              )
         vs.                                  ) **DECLARATION OF DAVID M.**
21                                            ) **FURBUSH PURSUANT TO CIVIL**
    ATHEROS COMMUNICATIONS, INC.,             ) **LOCAL RULE 79-5(d)**
22  DR. WILLY C. SHIH, DR. TERESA H.          )
    MENG, DR. CRAIG H. BARRATT,               )
23  ANDREW S. RAPPAPORT, DAN A.               ) Judge:  Hon. Lucy H. Koh
24  ARTUSI, CHARLES E. HARRIS,                ) Date Action Filed:  February 10, 2011
    MARSHALL L. MOHR, CHRISTINE               )
25  KING, QUALCOMM INCORPORATED,              )
    and T MERGER SUB, INC.,                   )
26                                            )
                      Defendants.             )
27                                            )

28

I, DAVID M. FURBUSH, declare as follows:

1. I am a partner of the law firm of Pillsbury Winthrop Shaw Pittman LLP, attorneys for Defendants Atheros Communications, Inc. ("Atheros"), Dr. Willy C. Shih, Dr. Teresa H. Meng, Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L. Mohr, and Christine King (collectively, the "Atheros Defendants"). I submit this Declaration pursuant to Civil Local Rule 79-5(d), and in support of Plaintiff Joel Krieger's Administrative Motion to File Under Seal Portions of Plaintiff's First Amended Class Action Complaint and Exhibit A Thereto, filed on June 9, 2011. I make this Declaration based on personal knowledge, except for any items stated on information and belief, which I am informed and believe are true. If called as a witness, I would testify to the facts set forth below.

2. On January 5, 2011, Atheros announced that it had entered into a definitive merger agreement, pursuant to which defendant Qualcomm Incorporated would purchase Atheros for $45 per share in cash, representing an enterprise value of $3.1 billion.

3. On June 9, 2011, Plaintiff filed an amended complaint that referenced and attached as an exhibit a presentation prepared by Atheros's investment advisor, Qatalyst, for the Atheros board of directors in connection with the merger agreement ("Qatalyst Presentation"). That document was produced by the Atheros Defendants in the Delaware Action, designated "Highly Confidential" pursuant to the confidentiality order in that case, and provided to Plaintiff in this action pursuant to agreement that Plaintiff would abide by the Delaware Action confidentiality order. The parties subsequently submitted, on June 8, 2011, a similar stipulation and proposed confidentiality order in this action. (Dkt. 43)

4. The confidentiality order in the Delaware Action, and the proposed confidentiality order in this action, both require that any document that discloses, summarizes, describes, characterizes or otherwise communicates documents designated "Highly Confidential" be filed under seal pursuant to Civil Local Rule 79-5.

5. The Qatalyst Presentation contains sensitive and confidential information, including long-term projections (through 2015) that are not disclosed by the company as a

1 matter of course and were not disclosed in its proxy statements in connection with the
2 merger agreement; discussion concerning Atheros's business strategy and positioning for its
3 products (including strengths and market threats thereto); and competitive analyses.  The
4 long-term financial projections could have the effect of setting investor expectations for the
5 future performance of the company (which is now owned by Qualcomm) based on long-
6 term projections that were never intended for use or reliance by the investing public.

7      6. For the foregoing reasons, the Atheros Defendants respectfully request that
8 this Court grant Plaintiff's Administrative Motion to File Under Seal, dated June 9, 2011.

9      I declare under penalty of perjury under the laws of the United States of America
10 that the foregoing is true and correct.

11 DATED:  June 17, 2011

12                                      */s/ David M. Furbush*
                                           David M. Furbush

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF DAVID M. FURBUSH
PURSUANT TO CIVIL LOCAL RULE 79-5(d)
Case No. 11-CV-00640 LHK