**EXHIBIT A** –

To be filed under seal pursuant

to the Court's Order,

dated June 25, 2011

(Dkt. #49)