**FARUQI & FARUQI, LLP**
VAHN ALEXANDER (167373)
CHRISTOPHER B. HAYES (277000)
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
valexander@faruqilaw.com
chayes@faruqilaw.com

*Attorneys for Proposed
Lead Plaintiff Joel Krieger*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC.,<br><br>Defendants. | Case Number 11-CV-00640-LHK<br><br>**DECLARATION OF VAHN ALEXANDER IN SUPPORT OF MOTION FOR APPOINTMENT OF JOEL KRIEGER AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**<br><br><u>**CLASS ACTION**</u><br><br>Judge: Hon. Lucy H. Koh<br>Courtroom: #8, 4th Floor<br>Hearing Date: December 15, 2011<br>Time: 1:30 P.M. |

I, Vahn Alexander, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner with the law firm of Faruqi & Faruqi, LLP, counsel of record for Joel Krieger in regard to the above-entitled action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Joel Krieger's sworn certification;

Exhibit B: Press release announcing the commencement of a class action against Atheros Communications, Inc. and certain of its officers and directors, beginning on July 19, 2011; and

Exhibit C: Firm resume of Faruqi & Faruqi, LLP

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 16th day of September, 2011 at Los Angeles, California.

                                          */s/Vahn Alexander*
                                          VAHN ALEXANDER (167373)

---

1

DECLARATION OF VAHN ALEXANDER IN SUPPORT OF MOTION FOR APPOINTMENT OF JOEL KRIEGER AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL - Case Number 11-CV-00640-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

         */s/Vahn Alexander*
         Vahn Alexander

**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Second Floor
Los Angeles, CA  90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
Email: valexander@faruqilaw.com

---

2
DECLARATION OF VAHN ALEXANDER IN SUPPORT OF MOTION FOR APPOINTMENT OF JOEL KRIEGER AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL - Case Number 11-CV-00640-LHK

# Mailing Information for a Case 5:11-cv-00640-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com,ecfca@faruqilaw.com

- **Ranah Leila Esmaili**
  ranah.esmaili@pillsburylaw.com,robert.westrom@pillsburylaw.com,nina.allen@pillsburylaw.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,meri@pillsburylaw.com,susan.hersom@pillsburylaw.com

- **Amy L Pierce**
  amy.pierce@pillsburylaw.com,shannon.dudley@pillsburylaw.com,laura.cole@pillsburylaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,carmen.manzano@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert H. Baron
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
```