# EXHIBIT A

## CERTIFICATION OF JOEL KRIEGER
## IN SUPPORT OF CLASS ACTION COMPLAINT

Joel Krieger ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint prepared by counsel and has authorized its filing.

2.      Plaintiff did not purchase the security that is the subject of the complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      During the proposed Class Period, plaintiff executed the following transactions relating to Atheros Communications, Inc.:

Purchase of 100 shares at $45.943 per share on 01/04/11

5.      In the past three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs

and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

    The foregoing are, to the best of my knowledge and belief, true and correct statements.

June 7, 2011

_____
JOEL KRIEGER