# EXHIBIT B



July 19, 2011 12:10 PM Eastern Daylight Time

# Faruqi & Faruqi, LLP Announces Class Action Lawsuit Against Atheros Communications, Inc.

NEW YORK--(BUSINESS WIRE)--Notice is hereby given that a class action lawsuit is pending in the United States District Court for the Northern District of California on behalf of Joel Krieger individually and on behalf of all other shareholders of Atheros Communications, Inc. ("Atheros" or the "Company") (NASDAQ: ATHR) who held securities on or before January 5, 2011 and continued to hold through and including June 3, 2011 (the "Class Period"). The Class Action Complaint alleges that Atheros and certain of its officers and/or directors have violated sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and includes a claim for equitable assessment of attorneys' fees.

A copy of the Class Action Complaint filed in this action can be viewed on the firm's website at www.faruqilaw.com

On January 5, 2011, Atheros and Qualcomm, Inc. ("Qualcomm") announced that they had entered into a definitive merger agreement (the "Merger Agreement") pursuant to which Qualcomm would acquire Atheros and on February 11, 2011, Atheros issued a Definitive Proxy to solicit Atheros shareholders' vote. On March 28, 2011, 74.6% of Atheros shareholders voted to approve the Merger Agreement based on the statements in the Definitive Proxy. The Class Action Complaint alleges that, unbeknownst to Atheros' shareholders, the Definitive Proxy failed to disclose material information including the existence and nature of two key financial analyses that were performed by the Company's financial advisor in support of its fairness opinion and provided to and relied upon by the Company's board of directors (the "Board") in connection with the Board's decision to approve the Merger Agreement.

Moreover, the Class Action Complaint alleges that as a result of the false and misleading Definitive Proxy and related filings thereto, the Merger Agreement was consummated and Atheros' public stockholders were unlawfully divested of their holdings in the Company.

Plaintiff is represented by Faruqi & Faruqi, LLP, a law firm with extensive experience in prosecuting class actions, and in particular actions involving corporate fraud and wrongdoing. Faruqi & Faruqi, LLP, was founded in 1995 and the firm maintains offices in New York City, Delaware, California, Florida and Pennsylvania.

You can request additional information concerning this action by visiting the firm's website: www.faruqilaw.com/ATHR

If you purchased Atheros securities during the Class Period, you may, no later than 60 days from July 19, 2011 move the court to serve as lead plaintiff of the putative class, if you so choose. In order to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action, or have any questions concerning this notice or your rights or interests, please contact:

Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Attn: Juan E. Monteverde, Esq.
jmonteverde@faruqilaw.com
Toll Free: (877) 247-4292
Phone: (212) 983-9330

## Contacts

Faruqi & Faruqi, LLP
Juan E. Monteverde, Esq.
Toll Free: (877) 247-4292
Phone: (212) 983-9330
jmonteverde@faruqilaw.com

