**FARUQI & FARUQI, LLP**
VAHN ALEXANDER (167373)
CHRISTOPHER B. HAYES (277000)
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
valexander@faruqilaw.com
chayes@faruqilaw.com

*Attorneys for Proposed*
*Lead Plaintiff Joel Krieger*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC.,<br><br>Defendants. | Case Number 11-CV-00640-LHK<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT OF JOEL KRIEGER AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom: #8, 4th Floor<br>Hearing Date: December 15, 2011<br>Time: 1:30 P.M. |

---

REPLY MPA IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT OF JOEL KRIEGER AS LEAD
PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF
LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL – CASE NO.: 11-CV-00640-LHK

Joel Krieger (hereinafter "Plaintiff" or "Movant") respectfully submits his reply memorandum in further support of his motion for appointment as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934 and for approval of his choice of counsel as Lead Counsel (the "Motion").

## **ARGUMENT**

As noted in Plaintiff's opening memorandum in support of his Motion, presently pending in this District is a shareholder class action brought by Plaintiff on behalf of himself and similarly situated shareholders of Atheros Communications, Inc. ("Atheros" or the "Company") concerning the acquisition of the Company by Qualcomm Incorporated and its wholly owned subsidiary T Merger Sub Inc. (collectively "Qualcomm"). *See* First Amended Complaint, filed June 30, 2011, Docket Entry ##50-51. Plaintiff alleges that Atheros and Qualcomm, along with Dr. Willy C. Shih, Dr. Teresa H. Meng, Dr. Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L. Mohr and Christine King (the "Individual Defendants") (collectively "Defendants") caused a materially false and misleading proxy to be issued in violation of §14(a) and Rule 14a-9 promulgated thereunder, and §20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") (codified at 15 U.S.C. §78u-4), Plaintiff filed his Motion and supporting papers on September 16, 2011. *See* Docket Entry ##52-54. Any response or opposition to the Motion was due on September 30, 2011. As of today's date, no response or opposition to the Motion has been received by Plaintiff, or is reflected on the docket. Under these circumstances, Plaintiff respectfully requests that the Motion be granted and that the Court appoint Plaintiff as Lead Plaintiff and his choice of Faruqi & Faruqi, LLP as Lead Counsel in this action.

///

///

///

1

REPLY MPA IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT OF JOEL KRIEGER AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL – CASE NO.: 11-CV-00640-LHK

| | | |
|---|---|---|
| Dated: September 16, 2011 | | **FARUQI & FARUQI, LLP** |

By: <u>*/s/Vahn Alexander*</u>
      VAHN ALEXANDER (167373)

Christopher B. Hayes (277000)
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
Email: valexander@faruqilaw.com
      chayes@faruqilaw.com

-and-

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
Richard W. Gonnello
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: jmonteverde@faruqilaw.com
      rgonnello@faruqilaw.com

*Counsel for Proposed Lead Plaintiff
and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

      */s/Vahn Alexander*
       Vahn Alexander

**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
Email: valexander@faruqilaw.com

# Mailing Information for a Case 5:11-cv-00640-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com,ecfca@faruqilaw.com

- **Ranah Leila Esmaili**
  ranah.esmaili@pillsburylaw.com,robert.westrom@pillsburylaw.com,nina.allen@pillsburylaw.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,meri@pillsburylaw.com,susan.hersom@pillsburylaw.com

- **Amy L Pierce**
  amy.pierce@pillsburylaw.com,shannon.dudley@pillsburylaw.com,laura.cole@pillsburylaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,carmen.manzano@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert H. Baron
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
```