**FARUQI & FARUQI, LLP**
VAHN ALEXANDER (167373)
CHRISTOPHER B. HAYES (277000)
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
valexander@faruqilaw.com
chayes@faruqilaw.com

*Attorneys for Proposed
Lead Plaintiff Joel Krieger*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC.,<br><br>Defendants. | Case Number 11-CV-00640-LHK<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT REGARDING PLAINTIFF'S LEAD PLAINTIFF MOTION PURSUANT TO CIVIL LOCAL RULE 7-1(b)**<br><br>Judge: Hon. Lucy H. Koh<br>Date: December 15, 2011<br>Time: 1:30 p.m.<br>Ctrm: #8, 4th Floor |

WHEREAS, plaintiff Joel Krieger ("Plaintiff") filed his First Amended Complaint on June 30, 2011, alleging violations of §§14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") by Atheros Communications, Inc., Dr. Willy C. Shih, Dr. Teresa H. Meng, Dr. Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L. Mohr, Christine King, Qualcomm Incorporated and T Merger Sub, Inc. (collectively "Defendants"). *See* Docket Entry ##50-51;

WHEREAS, Plaintiff moved for appointment as Lead Plaintiff pursuant to §21D of the Exchange Act and for approval of his choice of Faruqi & Faruqi, LLP ("F&F") as Lead Counsel for the proposed class (the "Lead Plaintiff Motion") on September 16, 2011. *See* Docket Entry ##52-54;

WHEREAS, no opposition has been filed to the Lead Plaintiff Motion, which has been noted in Plaintiff's reply memorandum in further support of the Lead Plaintiff Motion, filed on October 7, 2011. *See* Docket Entry #55;

WHEREAS, Civil Local Rule 7-1(b) permits that "…upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call";

WHEREAS, since there is no opposition to the Lead Plaintiff Motion, counsel for the parties have met and conferred and agree to waive oral argument, subject to the Court's approval, and that the hearing on the Lead Plaintiff Motion, currently set for hearing on December 15, 2011, at 1:30 p.m., in the above referenced Court, may be taken off calendar; and

WHEREAS, good cause exists for entry of this Stipulation and Order as it will promote the fair and expeditious resolution of this Litigation, while also acting in furtherance of judicial efficiency.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-1(b), by and among the parties hereto through their undersigned counsel, subject to the approval of the Court,

1

STIPULATION & [PROPOSED] ORDER WAIVING ORAL ARGUMENT RE PLAINTIFF'S LEAD PLAINTIFF MOTION PURSUANT TO CIVIL LOCAL RULE 7-1(b) - Case Number: 11-CV-00640-LHK

| | |
|---|---|
| 1 | that oral argument is waived concerning the Lead Plaintiff Motion and that the hearing set for |
| 2 | December 15, 2011, at 1:30 p.m., in the above referenced Court, shall be taken off calendar. |
| 3 | Dated: November 29, 2011      **FARUQI & FARUQI, LLP** |
| 4 | |
| 5 | By: __/s/Vahn Alexander__<br>VAHN ALEXANDER (167373) |
| 6 | Christopher B. Hayes (277000) |
| 7 | 1901 Avenue of the Stars, Second Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 461-1426 |
| 8 | Facsimile: (310) 461-1427<br>Email: valexander@faruqilaw.com |
| 9 | chayes@faruqilaw.com |
| 10 | *Counsel for Proposed Lead Plaintiff Joel Krieger* |
| 11 | *and the Proposed Class* |
| 12 | Dated: November 29, 2011      **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| 13 | |
| 14 | By: __/s/David M. Furbush__<br>David M. Furbush |
| 15 | 2475 Hanover Street |
| 16 | Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4623 |
| 17 | Facsimile: (650)233-4545<br>Email: david.furbush@pillsburylaw.com |
| 18 | *Counsel for Defendants Atheros Communications, Inc.,* |
| 19 | *Willy C. Shih, Teresa H. Meng, Craig H. Barratt,*<br>*Andrew S. Rappaport, Dan A. Artusi, Charles E.*<br>*Harris, Marshall L. Mohr and Christine King* |
| 20 | Dated: November 29, 2011      **DLA PIPER LLP** |
| 21 | |
| 22 | By: __/s/David Priebe__<br>David Priebe |
| 23 | 2000 University Avenue |
| 24 | East Palo Alto, CA 94303<br>Telephone: (650) 833-2056 |
| 25 | Facsimile: (650) 833-2001<br>Email: david.priebe@dlapiper.com |
| 26 | *Counsel for Defendants Qualcomm Inc. and T Merger* |
| 27 | *Sub, Inc.* |
| 28 | 2<br>STIPULATION & [PROPOSED] ORDER WAIVING ORAL ARGUMENT RE PLAINTIFF'S LEAD PLAINTIFF<br>MOTION PURSUANT TO CIVIL LOCAL RULE 7-1(b) - Case Number: 11-CV-00640-LHK |

## ATTESTATION OF FILER

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this "Stipulation And [Proposed] Order Waiving Oral Argument Regarding Plaintiff's Lead Plaintiff Motion Pursuant To Civil Local Rule 7-1(B)."

Dated: November 29, 2011  /s/*Vahn Alexander*
Vahn Alexander

# ORDER

The above Stipulation having been considered, and GOOD CAUSE appearing therefore, pursuant to Civil Local Rule 7-1(b), oral argument scheduled for December 15, 2011, at 1:30 p.m., in connection with Plaintiff's Motion for Lead Plaintiff and appointment of Faruqi & Faruqi, LLP as Lead Counsel having been waived by all parties, the hearing date regarding Plaintiff's Lead Plaintiff Motion is taken off calendar.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Lucy H. Koh
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

/s/*Vahn Alexander*
Vahn Alexander

# Mailing Information for a Case 5:11-cv-00640-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com,ecfca@faruqilaw.com

- **Ranah Leila Esmaili**
  ranah.esmaili@pillsburylaw.com,robert.westrom@pillsburylaw.com,nina.allen@pillsburylaw.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,meri@pillsburylaw.com,susan.hersom@pillsburylaw.com

- **Amy L Pierce**
  amy.pierce@pillsburylaw.com,shannon.dudley@pillsburylaw.com,laura.cole@pillsburylaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,carmen.manzano@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert H. Baron
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
```