1 **FARUQI & FARUQI, LLP**
Vahn Alexander (167373)
2 Christopher B. Hayes (277000)
10866 Wilshire Blvd., Suite 1470
3 Los Angeles, CA 90024
Telephone: (424) 256-2884
4 Facsimile: (424) 256-2885
Email:   valexander@faruqilaw.com
5            chayes@faruqilaw.com

6 *Attorneys for*
*Lead Plaintiff Joel Krieger*
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 | JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated, | Case Number 11-CV-00640-LHK
12 | | **CLASS ACTION**
13 | Plaintiff, |
14 | vs. | **NOTICE OF CHANGE OF FIRM ADDRESS AND TELEPHONE NUMBER**
15 | ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC., | Judge: Hon. Lucy H. Koh
Ctrm: #8, 4th Floor
20 | Defendants. |

1  **TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that the California office of Faruqi & Faruqi, LLP has changed its

3  address and telephone number. The new contact information for Faruqi & Faruqi, LLP is as follows:

**FARUQI & FARUQI, LLP**
Vahn Alexander (167373)
Christopher B. Hayes (277000)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email:     valexander@faruqilaw.com
               chayes@faruqilaw.com

Dated: January 6, 2012                    **FARUQI & FARUQI, LLP**

By: */s/ Vahn Alexander*
          VAHN ALEXANDER (167373)
Christopher B. Hayes (277000)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: valexander@faruqilaw.com
           chayes@faruqilaw.com

*Counsel for Lead Plaintiff Joel Krieger
and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

January 6, 2012                             */s/ Vahn Alexander*
                                            Vahn Alexander

# Mailing Information for a Case 5:11-cv-00640-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com,ecfca@faruqilaw.com

- **Ranah Leila Esmaili**
  ranah.esmaili@pillsburylaw.com,robert.westrom@pillsburylaw.com,nina.allen@pillsburylaw.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,meri@pillsburylaw.com,susan.hersom@pillsburylaw.com

- **Amy L Pierce**
  amy.pierce@pillsburylaw.com,shannon.dudley@pillsburylaw.com,laura.cole@pillsburylaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,carmen.manzano@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert            H. Baron
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
```