| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DAVID M. FURBUSH  # 83447 |
| 2 | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 3 | Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545 |
| 4 | david.furbush@pillsburylaw.com |
| 5 | RANAH L. ESMAILI  # 233477<br>1540 Broadway |
| 6 | New York, NY 10036-4039<br>Telephone: (212) 858-1000 |
| 7 | Facsimile: (212) 858-1500<br>ranah.esmaili@pillsburylaw.com |
| 8 | |
| 9 | Attorneys for Defendants Atheros<br>Communications, Inc., Willy C. Shih, |
|  | Teresa H. Meng, Craig H. Barratt, |
| 10 | Andrew S. Rappaport, Dan A. Artusi,<br>Charles E. Harris, Marshall L. Mohr, |
| 11 | And Christine King |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, AND T MERGER SUB, INC.<br><br>Defendants. | No. 5:11-CV-00640-LHK(HRL)<br><br>**DECLARATION OF DAVID M. FURBUSH IN SUPPORT OF THE ATHEROS DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Lucy H. Koh<br><br>Hearing Date:  May 31, 2012<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 4, 5th Floor<br>Date Action Filed:  February 10, 2011 |

I, David M. Furbush, declare as follows:

1. I am an attorney admitted to practice before this Court and am a partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for defendants Atheros Communications, Inc. ("Atheros"), Willy C. Shih, Teresa H. Meng, Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L. Mohr and Christine King (the "Atheros Defendants") in this action. I submit this declaration in support of the Atheros Defendants' Motion to Dismiss the First Amended Class Action Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of Atheros's Preliminary Proxy Statement, dated February 1, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of Atheros's Definitive Proxy Statement, dated February 11, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of Atheros's Definitive Additional Materials, dated March 7, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of the March 4, 2011 Order and Memorandum Opinion of the Delaware Court of Chancery in the action entitled *In re Atheros Comm., Inc. S'holder Litig.*, C.A. No. 6124-VCN.

6. Attached hereto as Exhibit 5 is a true and correct copy of the March 14, 2011 Order of the Delaware Court of Chancery in the action entitled *In re Atheros Comm., Inc. S'holder Litig.*, C.A. No. 6124-VCN.

7. Attached hereto as Exhibit 6 is Atheros's 8-K, dated March 18, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of March, 2012 at Palo Alto, CA.

                                               */s/ David M. Furbush*
                                               David M. Furbush