| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DAVID M. FURBUSH  # 83447 |
| 2 | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 3 | Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545 |
| 4 | david.furbush@pillsburylaw.com |
| 5 | RANAH L. ESMAILI  # 233477<br>1540 Broadway |
| 6 | New York, NY 10036-4039<br>Telephone: (212) 858-1000 |
| 7 | Facsimile: (212) 858-1500<br>ranah.esmaili@pillsburylaw.com |
| 8 | |
| 9 | Attorneys for Defendants Atheros<br>Communications, Inc., Willy C. Shih, |
| 10 | Teresa H. Meng, Craig H. Barratt,<br>Andrew S. Rappaport, Dan A. Artusi, |
| 11 | Charles E. Harris, Marshall L. Mohr,<br>And Christine King |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, AND T MERGER SUB, INC.<br><br>    Defendants. | No. 5:11-CV-00640-LHK(HRL)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE ATHEROS DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Lucy H. Koh<br><br>Hearing Date: May 31, 2012<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 4, 5th Floor<br>Date Action Filed: February 10, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned defendants hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following documents which are attached as exhibits to the Declaration of David M. Furbush in Support of the Atheros Defendants' Motion to Dismiss the First Amended Class Action Complaint, filed herewith ("Furbush Declaration"):

1. Preliminary Proxy Statement filed by Atheros Communications, Inc. ("Atheros") and dated February 1, 2011, which is attached as Exhibit 1 to the Furbush Declaration.

2. Definitive Proxy Statement filed by Atheros and dated February 11, 2011, which is attached as Exhibit 2 to the Furbush Declaration.

3. Definitive Additional Materials filed by Atheros and dated March 7, 2011, which is attached as Exhibit 3 to the Furbush Declaration.

4. The Order and Memorandum Opinion of the Delaware Court of Chancery, dated March 4, 2011, in the action entitled *In re Atheros Commc'ns, Inc. S'holder Litig.*, C.A. No. 6124-VCN, which is attached as Exhibit 4 to the Furbush Declaration.

5. The Order of the Delaware Court of Chancery, dated March 14, 2011, in the action entitled *In re Atheros Commc'ns, Inc. S'holder Litig.*, C.A. No. 6124-VCN, which is attached as Exhibit 5 to the Furbush Declaration.

6. The 8-K filed by Atheros and dated March 18, 2011, which is attached as Exhibit 6 to the Furbush Declaration.

7. The Court properly may take judicial notice of these Securities and Exchange Commission filings and orders from other jurisdictions. *See* Fed. R. Evid. 201; *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

//

//

- 2 -

| | |
|---|---|
| 1    Dated: March 1, 2012 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 3 | |
| 4 | By  */s/ David M. Furbush*<br>    David M. Furbush |
| 5 | Attorneys for Defendants Atheros |
| 6 | Communications, Inc., Willy C. Shih,<br>Teresa H. Meng, Craig H. Barratt, |
| 7 | Andrew S. Rappaport, Dan A. Artusi,<br>Charles E. Harris, Marshall L. Mohr, |
| 8 | And Christine King |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28