PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH # 83447
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545
david.furbush@pillsburylaw.com

RANAH L. ESMAILI # 233477
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
ranah.esmaili@pillsburylaw.com

Attorneys for Defendants Atheros Communications, Inc., Willy C. Shih, Teresa H. Meng, Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E. Harris, Marshall L. Mohr, And Christine King

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, AND T MERGER SUB, INC. <br><br> Defendants. | No. 5:11-CV-00640-LHK(HRL) <br><br> **[PROPOSED] ORDER GRANTING THE ATHEROS DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> Judge: Hon. Lucy H. Koh <br><br> Hearing Date: May 31, 2012 <br> Hearing Time: 1:30 p.m. <br> Location: Courtroom 4, 5th Floor <br> Date Action Filed: February 10, 2011 |

1       The Court having considered all papers filed in support of and in opposition to the
2 Atheros Defendants' Motion to Dismiss the First Amended Class Action Complaint, and
3 good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED as set
4 forth below:

5       The First Cause of Action for violations of Section 14(a) of the Exchange Act
6 against Atheros and the Individual Defendants is hereby dismissed with prejudice;

7       The Second Cause of Action for violations of Section 20(a) of the Exchange Act
8 against the Individual Defendants is hereby dismissed with prejudice; and

9       The Third Cause of Action for Equitable Assessment of Attorneys' Fees and
10 Expenses against all Defendants is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Hon. Lucy H. Koh
U.S. District Court Judge