1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID M. FURBUSH  # 83447
2  2475 Hanover Street
   Palo Alto, CA 94304-1114
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4  david.furbush@pillsburylaw.com

5  RANAH L. ESMAILI  # 233477
   1540 Broadway
6  New York, NY 10036-4039
   Telephone: (212) 858-1000
7  Facsimile: (212) 858-1500

8  Attorneys for Defendants Atheros Communications,
   Inc., Willy C. Shih, Teresa H. Meng,
9  Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi,
   Charles E. Harris, Marshall L. Mohr, and Christine King

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, AND T MERGER SUB, INC.<br><br>Defendants. | No. 5:11-CV-00640-LHK<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE OF ATHEROS DEFENDANTS' MOTION TO DISMISS<br><br>Hearing Date: May 31, 2012<br>Hearing Time: 1:30 p.m.<br><br>Judge:  Hon. Lucy H. Koh<br>Date Action Filed: February 10, 2011 |

1   Plaintiff Joel Krieger ("Plaintiff" or "Lead Plaintiff"), by and through his
2   undersigned counsel, and defendants Atheros Communications, Inc., Dr. Willy C. Shih, Dr.
3   Teresa H. Meng, Dr. Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E.
4   Harris, Marshall L. Mohr, Christine King (the "Atheros Defendants"), Qualcomm
5   Incorporated and T Merger Sub, Inc., by and through their undersigned counsel
6   (collectively, with the Atheros Defendants, the "Defendants"), hereby stipulate and agree as
7   follows:
8       WHEREAS, this action was commenced on February 10, 2011;
9       WHEREAS, on June 9, 2011, Plaintiff filed a redacted version of his First Amended
10  Class Action Complaint for Violations of Sections 14(a) and 20(a) of the Securities
11  Exchange Act of 1934 ("First Amended Complaint") and the First Amended Complaint was
12  docketed on June 30, 2011 (*see* Docket Entry #50);
13      WHEREAS, pursuant to the Private Securities Litigation Reform Act ("PSLRA"),
14  the Court appointed Plaintiff and his counsel, Faruqi & Faruqi, LLP, as Lead Plaintiff and
15  Lead Counsel, respectively (*see* Docket Entry #57);
16      WHEREAS, Defendants intend to move to dismiss Lead Plaintiff's First Amended
17  Complaint; and
18      WHEREAS, the parties have met and conferred and agree to extend the briefing
19  schedule concerning Defendants' Motions to Dismiss as follows:
20      NOW THEREFORE, the parties stipulate and agree, any opposition to the Motions
21  to Dismiss shall be filed on April 13, 2012; any reply to the Motions to Dismiss shall be
22  filed on May 3, 2012; and the Motions to Dismiss shall be heard on May 31, 2012 at 1:30
23  p.m.  Said hearing date was reserved with the Clerk prior to the filing of this stipulation and
24  [proposed] order.
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated:  March 1, 2012 | FARUQI & FARUQI, LLP |
| | | VAHN ALEXANDER |
| 2 | | 10866 Wilshire Boulevard, Suite 1470 |
| | | Los Angeles, CA 90024 |
| 3 | | |
| | | By  */s/ Vahn Alexander* |
| 4 | | Attorneys for Lead Plaintiff Joel Krieger |
| 5 | Dated:  March 1, 2012 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | | DAVID M. FURBUSH |
| 6 | | 2475 Hanover Street |
| | | Palo Alto, CA 94304-1114 |
| 7 | | |
| | | By  */s/ David M. Furbush* |
| 8 | | Attorneys for Defendants Atheros |
| | | Communications, Inc., Craig H. Barratt, |
| 9 | | Willy C. Shih, Andrew S.Rappaport, |
| | | Daniel A. Artusi, Charles E. Harris, |
| 10 | | Marshall L. Mohr, Christine King, and |
| | | Teresa H. Meng |
| 11 | | |
| 12 | Dated:  March 1, 2012 | DLA PIPER LLP |
| | | DAVID PRIEBE |
| 13 | | 2000 University Avenue |
| | | East Palo Alto, CA  94303 |
| 14 | | |
| | | By  */s/ David Priebe* |
| 15 | | Attorneys for Defendants Qualcomm Incorporated |
| | | and T Merger Sub, Inc. |
| 16 | | |

### ATTESTATION OF FILER

Pursuant to General Order No. 45, Section X. Subparagraph B, the undersigned attests that all parties have concurred in the filing of this "Stipulation and [Proposed] Order Regarding Briefing Schedule of Atheros Defendants' Motion to Dismiss."

Dated:  March 1, 2012          By  */s/ David M. Furbush*

\* \* \*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 26, 2012

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH