PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH  # 83447
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545
david.furbush@pillsburylaw.com

RANAH L. ESMAILI  # 233477
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Attorneys for Defendants Atheros Communications,
Inc., Willy C. Shih, Teresa H. Meng,
Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi,
Charles E. Harris, Marshall L. Mohr, and Christine King

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, AND T MERGER SUB, INC.<br><br>Defendants. | No. 5:11-CV-00640-LHK<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE OF ATHEROS DEFENDANTS' MOTION TO DISMISS<br><br>Hearing Date:  May 31, 2012<br>Hearing Time:  1:30 p.m.<br><br>Judge:  Hon. Lucy H. Koh<br>Date Action Filed:  February 10, 2011 |

STIP. AND [~~PROPOSED~~] ORDER REGARDING BRIEFING
SCHEDULE OF ATHEROS DEFENDANTS' MTN TO DISMISS

1 Plaintiff Joel Krieger ("Plaintiff" or "Lead Plaintiff"), by and through his
2 undersigned counsel, and defendants Atheros Communications, Inc., Dr. Willy C. Shih, Dr.
3 Teresa H. Meng, Dr. Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi, Charles E.
4 Harris, Marshall L. Mohr, Christine King (the "Atheros Defendants"), Qualcomm
5 Incorporated and T Merger Sub, Inc., by and through their undersigned counsel
6 (collectively, with the Atheros Defendants, the "Defendants"), hereby stipulate and agree as
7 follows:
8   WHEREAS, this action was commenced on February 10, 2011;
9   WHEREAS, on June 9, 2011, Plaintiff filed a redacted version of his First Amended
10 Class Action Complaint for Violations of Sections 14(a) and 20(a) of the Securities
11 Exchange Act of 1934 ("First Amended Complaint") and the First Amended Complaint was
12 docketed on June 30, 2011 (*see* Docket Entry #50);
13   WHEREAS, pursuant to the Private Securities Litigation Reform Act ("PSLRA"),
14 the Court appointed Plaintiff and his counsel, Faruqi & Faruqi, LLP, as Lead Plaintiff and
15 Lead Counsel, respectively (*see* Docket Entry #57);
16   WHEREAS, Defendants intend to move to dismiss Lead Plaintiff's First Amended
17 Complaint; and
18   WHEREAS, the parties have met and conferred and agree to extend the briefing
19 schedule concerning Defendants' Motions to Dismiss as follows:
20   NOW THEREFORE, the parties stipulate and agree, any opposition to the Motions
21 to Dismiss shall be filed on April 13, 2012; any reply to the Motions to Dismiss shall be
22 filed on May 3, 2012; and the Motions to Dismiss shall be heard on May 31, 2012 at 1:30
23 p.m.  Said hearing date was reserved with the Clerk prior to the filing of this stipulation and
24 [proposed] order.
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: March 1, 2012 | FARUQI & FARUQI, LLP<br>VAHN ALEXANDER |
| 2 | | 10866 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90024 |
| 3 | | |
| 4 | | By  /s/ Vahn Alexander<br>Attorneys for Lead Plaintiff Joel Krieger |
| 5 | Dated: March 1, 2012 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DAVID M. FURBUSH |
| 6 | | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 7 | | |
| 8 | | By  /s/ David M. Furbush<br>Attorneys for Defendants Atheros |
| 9 | | Communications, Inc., Craig H. Barratt,<br>Willy C. Shih, Andrew S. Rappaport, |
| 10 | | Daniel A. Artusi, Charles E. Harris,<br>Marshall L. Mohr, Christine King, and |
| 11 | | Teresa H. Meng |
| 12 | Dated: March 1, 2012 | DLA PIPER LLP<br>DAVID PRIEBE |
| 13 | | 2000 University Avenue<br>East Palo Alto, CA  94303 |
| 14 | | |
| 15 | | By  /s/ David Priebe<br>Attorneys for Defendants Qualcomm Incorporated<br>and T Merger Sub, Inc. |
| 16 | | |

**ATTESTATION OF FILER**

Pursuant to General Order No. 45, Section X. Subparagraph B, the undersigned attests that all parties have concurred in the filing of this "Stipulation and [Proposed] Order Regarding Briefing Schedule of Atheros Defendants' Motion to Dismiss."

Dated: March 1, 2012        By  /s/ David M. Furbush

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 26, 2012

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH