1    ROBERT BARON (admitted *pro hace vice*)
     RBaron@cravath.com
2    **CRAVATH, SWAINE & MOORE LLP**
     Worldwide Plaza, 825 Eighth Avenue
3    New York, New York 1 0019-7475.
     Tel: 212.474.1422
4    Fax: 212.474.3700

5    DAVID PRIEBE (State Bar No. 148679)
     david.priebe@dlapiper.com
6    DIANA M. MALTZER (State Bar No. 260410)
     diana.maltzer@dlapiper.com
7    **DLA PIPER LLP (US)**
     2000 University Avenue
8    East Palo Alto, CA  94303-2214
     Tel:  650.833.2000
9    Fax:  650.833.2001

10   Attorneys for Defendants
     QUALCOMM INCORPORATED and T MERGER
11   SUB, INC.

12

13                   UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17   JOEL KRIEGER, Individually and on          CASE NO.  11-CV-00640-LHK
     Behalf of All Others Similarly Situated,
                                                 Class Action
18             *Plaintiff*,
                                                 **REQUEST FOR TELEPHONIC**
19          v.                                   **APPEARANCE ON BEHALF OF**
                                                 **DEFENDANTS QUALCOMM**
20   ATHEROS COMMUNICATIONS, INC.,               **INCORPORATED AND T MERGER SUB,**
     DR. WILLY C. SHIH, DR. TERESA H.            **INC.**
21   MENG, DR. CRAIG H. BARRATT,
     ANDREW S. RAPPAPORT, DAN A.                 Date:       May 31, 2012
22   ARTUSI, CHARLES E. HARRIS,                  Time:       1:30 PM
     MARSHALL L. MOHR, CHRISTINE                 Courtroom:  8
23   KING, QUALCOMM INCORPORATED,                Judge:      Honorable Lucy H. Koh
     and T MERGER SUB, INC.,
24
               *Defendants*.
25

26

27

28

     WEST\232894383.1                            REQUEST FOR TELEPHONIC APPEARANCE
                                                 CASE NO. 11-CV-00640-LHK

1    Defendants Qualcomm Incorporated and T Merger Sub, Inc. (collectively, "Qualcomm")

2    respectfully request the Court to permit their lead counsel, Robert Baron, to appear by telephone

3    at their Motion to Dismiss First Amended Complaint on May 31, 2012 at 1:30 p.m.  The ground

4    for this request are that Qualcomm expects that the principle arguments on the motion will be

5    addressed by the Atheros Defendants, against whom the primary liability claims in the

6    Complaint are addressed; Mr. Baron is located in New York; and Qualcomm will have local

7    counsel, David Priebe of DLA Piper, to assist Mr. Baron in addressing the motion.

8            Respectfully submitted,

9    May 24, 2012                                    CRAVATH, SWAINE & MOORE LLP

10

11                                               By:  */s/ Robert Baron*
                                                 Attorneys for Defendants QUALCOMM
12                                               INCORPORATED and T MERGER SUB, INC.

13

14            **ATTESTATION OF AUTHORIZATION FOR ELECTRONIC FILING**

15           I, David Priebe, am the ECF User whose ID and password are being used to file this

16   **REQUEST FOR TELEPHONIC APPEARANCE ON BEHALF OF DEFENDANTS**

17   **QUALCOMM INCORPORATED AND T MERGER SUB, INC.**   In compliance with

18   General Order 45, X.B., I hereby attest that Robert Baron has concurred in this filing.

     May 24, 2012                                    /s/ *David Priebe*
19

20

21

22

23

24

25

26

27

28

- 1 -                                                REQUEST FOR TELEPHONIC APPEARANCE
                                                     CASE NO. 11-CV-00640-LHK