1  ROBERT BARON (admitted *pro hace vice*)
   RBaron@cravath.com
2  **CRAVATH, SWAINE & MOORE LLP**
   Worldwide Plaza, 825 Eighth Avenue
3  New York, New York 1 0019-7475.
   Tel: 212.474.1422
4  Fax: 212.474.3700

5  DAVID PRIEBE (State Bar No. 148679)
   david.priebe@dlapiper.com
6  DIANA M. MALTZER (State Bar No. 260410)
   diana.maltzer@dlapiper.com
7  **DLA PIPER LLP (US)**
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Defendants
   QUALCOMM INCORPORATED and T MERGER
11 SUB, INC.

GRANTED

*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC., <br><br> *Defendants*. | CASE NO.  11-CV-00640-LHK <br><br> Class Action <br><br> **REQUEST FOR TELEPHONIC APPEARANCE ON BEHALF OF DEFENDANTS QUALCOMM INCORPORATED AND T MERGER SUB, INC.** <br><br> Date:         May 31, 2012 <br> Time:        1:30 PM <br> Courtroom: 8 <br> Judge:       Honorable Lucy H. Koh |

Defendants Qualcomm Incorporated and T Merger Sub, Inc. (collectively, "Qualcomm") respectfully request the Court to permit their lead counsel, Robert Baron, to appear by telephone at their Motion to Dismiss First Amended Complaint on May 31, 2012 at 1:30 p.m.  The ground for this request are that Qualcomm expects that the principle arguments on the motion will be addressed by the Atheros Defendants, against whom the primary liability claims in the Complaint are addressed; Mr. Baron is located in New York; and Qualcomm will have local counsel, David Priebe of DLA Piper, to assist Mr. Baron in addressing the motion.

Respectfully submitted,

May 24, 2012                                         CRAVATH, SWAINE & MOORE LLP

By: _/s/ Robert Baron_____
Attorneys for Defendants QUALCOMM INCORPORATED and T MERGER SUB, INC.

**ATTESTATION OF AUTHORIZATION FOR ELECTRONIC FILING**

I, David Priebe, am the ECF User whose ID and password are being used to file this **REQUEST FOR TELEPHONIC APPEARANCE ON BEHALF OF DEFENDANTS QUALCOMM INCORPORATED AND T MERGER SUB, INC.**  In compliance with General Order 45, X.B., I hereby attest that Robert Baron has concurred in this filing.

May 24, 2012                                         /s/ *David Priebe*