**FARUQI & FARUQI, LLP**
Vahn Alexander (167373)
David E. Bower (119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email:   valexander@faruqilaw.com
         dbower@faruqilaw.com

*Attorneys for*
*Lead Plaintiff Joel Krieger*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, and T MERGER SUB, INC., <br><br> Defendants. | Case Number 11-CV-00640-LHK (HRL) <br><br> **CLASS ACTION** <br><br> **NOTICE OF WITHDRAWAL OF VAHN ALEXANDER AS COUNSEL FOR PLAINTIFF AND NOTICE OF APPEARANCE OF DAVID E. BOWER AS COUNSEL FOR PLAINTIFF** <br><br> Judge: Hon. Lucy H. Koh <br> Ctrm: 4, 5th Floor |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as of June 11, 2012, Vahn Alexander will no longer be associated with the law firm of Faruqi & Faruqi, LLP, counsel for plaintiff in the above captioned action. As such, Mr. Alexander should be removed from the e-filing service list in this matter. Further, this document serves as the Notice of Appearance of David E. Bower, counsel of record for plaintiff in this action. Mr. Bower's contact information is listed below as follows:

**FARUQI & FARUQI, LLP**
David E. Bower (119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

Dated: June 6, 2012                                **FARUQI & FARUQI, LLP**

By:   */s/Vahn Alexander*
      VAHN ALEXANDER (167373)

      10866 Wilshire Boulevard
      Suite 1470
      Los Angeles, CA 90024
      Tel: (424) 256-2884
      Fax: (424) 256-2885
      Email: valexander@faruqilaw.com

1
NOTICE OF WITHDRAWAL OF VAHN ALEXANDER AS COUNSEL FOR PLAINTIFF AND NOTICE OF APPEARANCE OF DAVID E. BOWER AS COUNSEL FOR PLAINTIFF - Case Number: 11-CV-00640-LHK (HRL)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

June 6, 2012                              */s/ Vahn Alexander*
                                                    Vahn Alexander

# Mailing Information for a Case 5:11-cv-00640-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com,ecfca@faruqilaw.com

- **David Eldridge Bower**
  dbower@faruqilaw.com,ecf@faruqilaw.com,ecfca@faruqilaw.com

- **Ranah Leila Esmaili**
  ranah.esmaili@pillsburylaw.com,robert.westrom@pillsburylaw.com,nina.allen@pillsburylaw.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,meri@pillsburylaw.com,susan.hersom@pillsburylaw.com

- **Christopher B Hayes**
  chayes@faruqilaw.com

- **Amy L Pierce**
  amy.pierce@pillsburylaw.com,shannon.dudley@pillsburylaw.com,laura.cole@pillsburylaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,carmen.manzano@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert             H. Baron
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
```