| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DAVID M. FURBUSH  # 83447 |
| 2 | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 3 | Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545 |
| 4 | david.furbush@pillsburylaw.com |
| 5 | RANAH L. ESMAILI  # 233477<br>1540 Broadway |
| 6 | New York, NY 10036-4039<br>Telephone: (212) 858-1000 |
| 7 | Facsimile: (212) 858-1500 |
| 8 | Attorneys for Defendants Atheros Communications,<br>Inc., Willy C. Shih, Teresa H. Meng, |
| 9 | Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi,<br>Charles E. Harris, Marshall L. Mohr, and Christine King |
| 10 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| JOEL KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ATHEROS COMMUNICATIONS, INC., DR. WILLY C. SHIH, DR. TERESA H. MENG, DR. CRAIG H. BARRATT, ANDREW S. RAPPAPORT, DAN A. ARTUSI, CHARLES E. HARRIS, MARSHALL L. MOHR, CHRISTINE KING, QUALCOMM INCORPORATED, AND T MERGER SUB, INC.<br><br>　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 5:11-CV-00640-LHK<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION<br><br><br>Judge:  Hon. Lucy H. Koh<br>Date Action Filed:  February 10, 2011 |

1    IT IS HEREBY STIPULATED, by and between plaintiff Joel Krieger ("Plaintiff")
2    and defendants Atheros Communications, Inc. ("Atheros"), Craig H. Barratt, Willy C. Shih,
3    Andrew S. Rappaport, Daniel A. Artusi, Charles E. Harris, Marshall L. Mohr, Christine
4    King, Teresa H. Meng, Qualcomm Incorporated ("Qualcomm"), and T Merger Sub, Inc.
5    (collectively, "Defendants"), through their respective counsel of record, as follows:
6        WHEREAS, on February 10, 2011, Plaintiff, individually and on behalf of all others
7    similarly situated, filed a Class Action Complaint for Breach of Fiduciary Duty and
8    Individual Claims for Violation Of Sections 14(a) and (e) and 20(a) of the Securities
9    Exchange Act 1934, challenging the proposed acquisition of Atheros by Qualcomm and
10   disclosures relating thereto;
11       WHEREAS, on June 30, 2011, Plaintiff, individually and on behalf of all others
12   similarly situated, filed a First Amended Class Action Complaint for Violations of Sections
13   14(a) and 20(a) of the Securities Exchange Act of 1934;
14       WHEREAS, by order dated December 12, 2011, the Court appointed Plaintiff as the
15   lead plaintiff in this action and approved Plaintiff's selection of Faruqi & Faruqi, LLP as
16   lead counsel;
17       WHEREAS, by order dated May 29, 2012, the Court granted Defendants' motions
18   to dismiss the First Amended Complaint, dismissing Plaintiff's equitable claim for
19   attorneys' fees and expenses with prejudice, dismissing Plaintiff's claims under Section
20   14(a) and 20(a) of the Securities Exchange Act without prejudice, and granting leave to
21   Plaintiff to file an amended complaint that addresses the pleading deficiencies identified in
22   the order by June 21, 2012;
23       WHEREAS, after considering the May 29, 2012 order Plaintiff and his counsel have
24   determined not to file an amended complaint;
25       WHEREAS, the parties to this action have determined that dismissal of this action
26   with prejudice is appropriate at this time with each side to bear its own fees and costs.
27       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
28   between the undersigned counsel, subject to approval of the Court, as follows:

1

1. This action shall be dismissed with prejudice.

2. Each party shall bear their own fees and costs.

Dated: June 12, 2012

FARUQI & FARUQI, LLP
DAVID E. BOWER
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024


By /s/ David E. Bower
Attorneys for Lead Plaintiff Joel Krieger

Dated: June 12, 2012

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH
2475 Hanover Street
Palo Alto, CA 94304-1114


By /s/ David M. Furbush
Attorneys for Defendants Atheros Communications, Inc., Craig H. Barratt, Willy C. Shih, Andrew S. Rappaport, Daniel A. Artusi, Charles E. Harris, Marshall L. Mohr, Christine King, and Teresa H. Meng

Dated: June 12, 2012

DLA PIPER LLP
DAVID PRIEBE
2000 University Avenue
East Palo Alto, CA 94303


By /s/ David Priebe
Attorneys for Defendants Qualcomm Incorporated and T Merger Sub, Inc.

**ATTESTATION OF FILER**

Pursuant to General Order No. 45, Section X. Subparagraph B, the undersigned attests that all parties have concurred in the filing of this "Stipulation And [Proposed] Order For Dismissal Of Action."

Dated: June 12, 2012       By  */s/ David M. Furbush*

1 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: _____         _____
6                                THE HONORABLE LUCY H. KOH