1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    DAVID M. FURBUSH  # 83447
2   2475 Hanover Street
    Palo Alto, CA 94304-1114
3   Telephone: (650) 233-4500
    Facsimile: (650) 233-4545
4   david.furbush@pillsburylaw.com

5   RANAH L. ESMAILI  # 233477
    1540 Broadway
6   New York, NY 10036-4039
    Telephone: (212) 858-1000
7   Facsimile: (212) 858-1500

8   Attorneys for Defendants Atheros Communications,
    Inc., Willy C. Shih, Teresa H. Meng,
9   Craig H. Barratt, Andrew S. Rappaport, Dan A. Artusi,
    Charles E. Harris, Marshall L. Mohr, and Christine King

10

11               **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN JOSE DIVISION**

14   _____

15   JOEL KRIEGER, Individually and on Behalf )   No. 5:11-CV-00640-LHK
     of All Others Similarly Situated,        )
16                                            )   **CLASS ACTION**
                        Plaintiff,            )
17        vs.                                 )   STIPULATION AND [~~PROPOSED~~]
                                              )   ORDER FOR DISMISSAL OF
18   ATHEROS COMMUNICATIONS, INC.,            )   ACTION
     DR. WILLY C. SHIH, DR. TERESA H.         )
19   MENG, DR. CRAIG H. BARRATT,              )
     ANDREW S. RAPPAPORT, DAN A.              )
20   ARTUSI, CHARLES E. HARRIS,               )
     MARSHALL L. MOHR, CHRISTINE              )   Judge:  Hon. Lucy H. Koh
21   KING, QUALCOMM INCORPORATED,             )   Date Action Filed: February 10, 2011
     AND T MERGER SUB, INC.                   )
22                                            )
                        Defendants.           )
23   _____      )

24

25

26

27

28

1    IT IS HEREBY STIPULATED, by and between plaintiff Joel Krieger ("Plaintiff")

2    and defendants Atheros Communications, Inc. ("Atheros"), Craig H. Barratt, Willy C. Shih,

3    Andrew S. Rappaport, Daniel A. Artusi, Charles E. Harris, Marshall L. Mohr, Christine

4    King, Teresa H. Meng, Qualcomm Incorporated ("Qualcomm"), and T Merger Sub, Inc.

5    (collectively, "Defendants"), through their respective counsel of record, as follows:

6    WHEREAS, on February 10, 2011, Plaintiff, individually and on behalf of all others

7    similarly situated, filed a Class Action Complaint for Breach of Fiduciary Duty and

8    Individual Claims for Violation Of Sections 14(a) and (e) and 20(a) of the Securities

9    Exchange Act 1934, challenging the proposed acquisition of Atheros by Qualcomm and

10   disclosures relating thereto;

11   WHEREAS, on June 30, 2011, Plaintiff, individually and on behalf of all others

12   similarly situated, filed a First Amended Class Action Complaint for Violations of Sections

13   14(a) and 20(a) of the Securities Exchange Act of 1934;

14   WHEREAS, by order dated December 12, 2011, the Court appointed Plaintiff as the

15   lead plaintiff in this action and approved Plaintiff's selection of Faruqi & Faruqi, LLP as

16   lead counsel;

17   WHEREAS, by order dated May 29, 2012, the Court granted Defendants' motions

18   to dismiss the First Amended Complaint, dismissing Plaintiff's equitable claim for

19   attorneys' fees and expenses with prejudice, dismissing Plaintiff's claims under Section

20   14(a) and 20(a) of the Securities Exchange Act without prejudice, and granting leave to

21   Plaintiff to file an amended complaint that addresses the pleading deficiencies identified in

22   the order by June 21, 2012;

23   WHEREAS, after considering the May 29, 2012 order Plaintiff and his counsel have

24   determined not to file an amended complaint;

25   WHEREAS, the parties to this action have determined that dismissal of this action

26   with prejudice is appropriate at this time with each side to bear its own fees and costs.

27   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

28   between the undersigned counsel, subject to approval of the Court, as follows:

1

1      1.     This action shall be dismissed with prejudice.

2      2.     Each party shall bear their own fees and costs.

3  Dated:   June 12, 2012         FARUQI & FARUQI, LLP

4                           DAVID E. BOWER
                           10866 Wilshire Boulevard, Suite 1470

5                           Los Angeles, CA 90024

6

7                           By  /s/ David E. Bower
                             Attorneys for Lead Plaintiff Joel Krieger

8  Dated:  June 12, 2012         PILLSBURY WINTHROP SHAW PITTMAN LLP

9                           DAVID M. FURBUSH
                           2475 Hanover Street

10                          Palo Alto, CA 94304-1114

11

12                        By  /s/ David M. Furbush
                           Attorneys for Defendants Atheros

13                          Communications, Inc., Craig H. Barratt,
                        Willy C. Shih, Andrew S.Rappaport,

14                        Daniel A. Artusi, Charles E. Harris,
                        Marshall L. Mohr, Christine King, and

15                        Teresa H. Meng

16  Dated:  June 12, 2012         DLA PIPER LLP

17                           DAVID PRIEBE
                           2000 University Avenue

18                          East Palo Alto, CA  94303

19

20                        By  /s/ David Priebe
                           Attorneys for Defendants Qualcomm Incorporated
                        and T Merger Sub, Inc.

21

22              **ATTESTATION OF FILER**

23     Pursuant to General Order No. 45, Section X. Subparagraph B, the undersigned

24 attests that all parties have concurred in the filing of this "Stipulation And [Proposed] Order

25 For Dismissal Of Action."

26  Dated:  June 12, 2012         By  /s/ David M. Furbush

27

28

2

1

**<u>ORDER</u>**

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Clerk shall close the file.

4

5    Dated: June 13, 2012                    _Lucy H. Koh_____

6                                            THE HONORABLE LUCY H. KOH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3